Scott Griffiths (028906)
**THE LAW OFFICE OF SCOTT GRIFFITHS PLLC**
201 E Southern Avenue, Suite 207
Tempe, Arizona 85282
Main: (602) 875-0601
Facsimile: (602) 926-1864
E-mail: docket@griffithslawaz.com
*Attorney for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Marnie Bryan,<br><br>        Plaintiff,<br>v.<br><br>Maricopa County, a jural entity; Paul Penzone in his official capacity as Maricopa County Sheriff; Gary and Jane Doe Kaplan, a married couple; Does 1-100,<br><br>        Defendants. | Case No. 2:21-cv-01410-SRB<br><br>**JOINT STIPULATED MOTION TO DISMISS JANE DOE KAPLAN PURSUANT TO RULE 41(a)(2) FED. R. CIV. P.** |

During the Rule 16 Scheduling Conference conducted on January 27, 2022, the Court ordered that Plaintiff must either request to substitute the name of Kaplan's spouse or dismiss Jane Doe Kaplan from this matter (Doc. 39.) Defendant Kaplan's counsel has informed Plaintiff's counsel that Defendant Kaplan is not married. Therefore, pursuant to Rule 41(a), Fed. R. Civ. P., the parties stipulate that Plaintiff may dismiss Jane Doe Kaplan from this action.

A proposed form of order is submitted contemporaneously.

1

**RESPECTFULLY SUBMITTED** this 7th day of February 2022.

| | |
|---|---|
| **LAW OFFICE OF SCOTT GRIFFITHS** | **BROENING OBERG WOODS & WILSON** |
| */s/ Scott Griffiths* | */s/ Nicole Prefontaine (w/permission)* |
| Scott Griffiths | Sarah L. Barnes |
| *Attorney for Plaintiff* | Nicole M. Prefontaine |
| | *Attorneys for Defendant Kaplan* |

**MARICOPA COUNTY ATTORNEY'S OFFICE**

*/s/ Pamela Hostallero (w/ permission)*
Pamela Hostallero
Jonathan Simon
Attorneys for Maricopa County and Sheriff Penzone

**CERTIFICATE OF SERVICE**

I hereby certify that on February 7, 2022, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Sarah L. Barnes
Nicole M. Prefontaine
**BROENING OBERG WOODS & WILSON, PC**
2800 North Central Avenue, Suite 1600
Phoenix, AZ 85004
slb@bowwlaw.com
nmp@bowwlaw.com
*Attorney for Defendant Kaplan*

Pamela A. Hostallero
Jonathan C. Simon
Maricopa County Attorney's Office
Civil Services Division
225 W. Madison
Phoenix, AZ 85003
hostallp@mcao.maricopa.gov
*Attorneys for Defendants Penzone and Maricopa County*

By: */s Scott Griffiths*